# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SHELA R. FLOURNOY, | : |
| Plaintiff, | : |
| | Case No. 3:15cv00303 |
| vs. | : |
| | District Judge Walter H. Rice |
| CAROLYN W. COLVIN, | : Chief Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | |
| Security Administration, | : |
| Defendant. | : |

# REPORT AND RECOMMENDATIONS[1]

This case is before the Court upon Plaintiff's Motion For Award Of Attorney Fees Pursuant To The Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412.  (Doc. #14).  The Commissioner has neither responded to nor opposed the Motion, and the time for filing a Memorandum in Opposition has expired.  *See* S.D. Ohio Civ. R. 7.2(a)(2).

The Motion seeks an award of attorney fees and costs under the EAJA, § 2412(d), in the total amount of $2,685.00.  In the absence of a response or opposition by the Commissioner, the Motion, Memorandum, and supporting Exhibits establish that an award of attorney fees and costs is warranted under the EAJA in the amount Plaintiff's Motion seeks.

---

[1] Attached hereto is a NOTICE to the parties regarding objections to this Report and Recommendations.

Accordingly, the Court hereby **RECOMMENDS** that Plaintiff's Motion For Award Of Attorney Fees Pursuant To The Equal Access To Justice Act (Doc. #14) be GRANTED, and the Commissioner be directed to pay Plaintiff's attorney fees and costs pursuant to 28 U.S.C. §2412(d) in the total amount of $2,685.00.

August 30, 2016

                                              s/Sharon L. Ovington
                                                Sharon L. Ovington
                                     Chief United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within **FOURTEEN** days after being served with this Report and Recommendations.  Pursuant to Fed. R. Civ. P. 6(d), this period is extended to **SEVENTEEN** days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F).  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections within **FOURTEEN** days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981).