IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHELA R. FLOURNOY,  :

    Plaintiff,

v.  :  Case No. 3:15-cv-303

CAROLYN W. COLVIN,  JUDGE WALTER H. RICE
Commissioner of the Social
Security Administration,  :

    Defendant.

---

DECISION AND ENTRY ADOPTING CHIEF UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #15); SUSTAINING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (DOC. #14); DIRECTING COMMISSIONER TO PAY $2,685.00 IN ATTORNEY FEES AND COSTS

---

Based on the reasoning and citations of authority set forth by Chief United States Magistrate Judge Sharon L. Ovington, in her Report and Recommendations, Doc. #15, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing, and SUSTAINS Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Doc. #14.

Although the parties were advised of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no

Objections have been filed within the time allotted. Accordingly, the Commissioner is DIRECTED to pay Plaintiff's attorney $2,685.00 in attorney fees and costs.

Date: September 19, 2016

WALTER H. RICE
UNITED STATES DISTRICT JUDGE